THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Civil Action No.: 1:25-cv-00024-LMM |
| *v.* | |
| FULTON COUNTY and SHERIFF PATRICK LABAT IN HIS OFFICIAL CAPACITY | |
| Defendants. | |

## <u>MEMORANDUM IN SUPPORT OF JOINT MOTION TO APPOINT KATHLEEN KENNEY AS LEAD MONITOR</u>

Plaintiff United States of America and Defendants Fulton County and Fulton County Sheriff Patrick Labat file this memorandum in support of the joint motion seeking appointment of Kathleen Kenney as lead Monitor to oversee implementation of the Consent Decree in this case. Pursuant to the Consent Decree, the Parties are to jointly submit a monitor candidate to the Court for approval. Consent Decree ¶ 310 (ECF No. 3). The Parties provide the following information in support of appointing Ms. Kenney as lead Monitor.

**DISCUSSION**

Ms. Kenney is exceptionally well qualified to serve as lead Monitor in this matter. Ms. Kenney is an attorney with over 32 years of experience in corrections. She currently serves on a three-person expert panel in *Rosas v. Luna*, C.D. Cal. 12-cv-00428, which oversees the use of force in certain Los Angeles County jail facilities. She reports to the court and the parties regarding compliance with the court-enforced settlement agreement in that case.

Ms. Kenney was previously a consultant with the Moss Group, a criminal justice law enforcement consulting firm. In that role, she helped state and local corrections departments improve corrections operations and trained correctional staff on a variety of topics, including population management and leadership. Ms. Kenney is also the former Interim Commissioner for the Kentucky Department of Corrections. In that capacity, Ms. Kenney was responsible for the overall management of the Kentucky state prison system, which includes thirteen correctional facilities with over 12,000 incarcerated people and a workforce of 3,800 employees.

Ms. Kenney's career includes 25 years with the federal Bureau of Prisons (BOP). She served 13 years as the BOP Assistant Director/General Counsel. In that

role, Ms. Kenney was responsible for the management of the BOP's legal operations. She managed approximately 300 staff who provided legal advice and litigation support to the entire agency on correctional matters.

Ms. Kenney earned her law degree from the University of Notre Dame Law School, and her bachelor's degree from the Catholic University of America. She is licensed to practice law in Massachusetts. She has received multiple recognitions for her professional work, including the BOP's Distinguished Service Medal, which she received in 2017, the Presidential Rank Award for Meritorious Executive in 2010, and in 2004 she was recognized as the Women in Federal Law Enforcement's "Outstanding Federal Law Enforcement Employee."

Ms. Kenney's experience as Assistant Director/General Counsel of BOP and overseeing implementation of another complex consent decree reflects "demonstrated project management experience," ECF No. 3 ¶ 311, and will be instrumental in managing oversight of this Consent Decree. Ms. Kenney's professional background also demonstrates "expertise in correctional operations." *Id.* ¶ 315. Her relevant experience and qualifications are further outlined in the attached curriculum vitae.

## CONCLUSION

In light of her experience and expertise, Ms. Kenney is an ideal candidate for the position of lead Monitor.  Her involvement in this matter will better enable the County and Sheriff to take effective steps towards compliance with the Consent Decree.

Accordingly, and for the reasons set forth above, the Parties jointly ask that the Court appoint Ms. Kenney as lead Monitor.

Respectfully submitted this 20th day of February, 2025.

FOR THE UNITED STATES OF AMERICA:


RICHARD S. MOULTRIE, JR.
Acting United States Attorney
Northern District of Georgia

AILEEN BELL HUGHES
GA Bar No. 375505
Deputy Chief, Public Integrity & Civil
Rights Section

*/s/ Rebeca M. Ojeda*
REBECA M. OJEDA
GA Bar No. 713997

RAHUL GARABADU
GA Bar No. 553777
Assistant United States Attorneys
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
Tel: 404-581-6000
rebeca.ojeda@usdoj.gov

KATHLEEN WOLFE
Deputy Assistant Attorney General
Civil Rights Division

REGAN RUSH
Chief, Special Litigation Section

MAURA M. KLUGMAN
DC Bar No. 1500461
Deputy Chief, Special Litigation Section

*/s/ Maggie Filler*
MAGGIE FILLER
CA Bar No. 287836
BETH KURTZ
DC Bar No. 1022970
MATTHEW NICKELL
CA Bar No. 304828
Trial Attorneys
United States Department of Justice
Civil Rights Division
Special Litigation Section—4CON
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: 202-598-0957
maggie.filler@usdoj.gov

FOR FULTON COUNTY, GEORGIA:

/s/ Y. Soo Jo                          /s/ Shalanda M.J. Miller
Y. Soo Jo                              Shalanda M. J. Miller
Fulton County Attorney                 Deputy County Counsel
Georgia Bar Number 385817              Georgia Bar Number 122544
Fulton County Attorney's Office        Fulton County Attorney's Office
141 Pryor Street SW, Suite 4038        141 Pryor Street SW, Suite 4038
Atlanta, Georgia 30303                 Atlanta, Georgia 30303
(404) 612-0246                         (404) 612-0246
soo.jo@fultoncountyga.gov              shalanda.miller@fultoncountyga.gov

FOR SHERIFF PATRICK LABAT, IN HIS OFFICIAL CAPACITY:

/s/ Amelia Joiner
Amelia Joiner
Chief Legal Counsel for the Fulton County Sheriff
Georgia Bar Number 362825
Fulton County Sheriff's Office
185 Central Avenue SW, 9th Floor
Atlanta, Georgia 30303
(404) 613-8362
amelia.joiner@fultoncountyga.gov

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing memorandum has been prepared using Times New Roman font, 14 point.

*/s/ Rebeca M. Ojeda*

Rebeca M. Ojeda
Georgia Bar No. 713997

**CERTIFICATE OF SERVICE**

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

February 20, 2025

/s/ *Rebeca M. Ojeda*

Rebeca M. Ojeda
Georgia Bar No. 713997