# Kathleen M. Kenney

**OBJECTIVE**

Dedicated public servant with over 32 years in corrections seeking
a leadership position in a challenging organization contributing
towards a successful and rewarding mission.

**STRENGTHS**

Public Speaking  Adaptable
Decision Making  Team Builder
Conflict Resolution  Innovative

**PROFESSIONAL EXPERIENCE**

**Federal Court Monitor:  April 2022 – Present**
*Alex Rosas, et al., v Robert Luna, et al.,* Case No. 12-CV-00428, U.S. District Court for the Central District of California.  Report to the Court and the Parties in the Rosas Matter on the Los Angeles County Sheriff's Department's implementation of, and compliance with, the Settlement Agreement and Compliance Measures.  The Rosas Matter involves allegations of unnecessary and excessive force.

**Consultant, The Moss Group:  January 2018 – September 2023**
Assist state and local Department of Corrections with achieving organizational excellence. Reviewed inmate records office operations and provided recommendations for improvement. Served as Project Director.  Trained staff on a variety of topics including management of offenders, professional boundaries, and leadership.

**Interim Commissioner, Kentucky Department of Corrections:**
**June 2019 – February 2020**
Responsible for the overall management of the Department of Corrections to include its thirteen correctional facilities, administrative functions and community services. Responsible for leading a workforce of approximately 3,800 employees in the implementation of the agency's core mission to protect the citizens of the Commonwealth by providing a safe, secure, and humane environment for staff and the 12,000 offenders incarcerated in the prisons.  Focused on the need to provide incarcerated offenders, and the 50,000 offenders on community supervision, opportunities to acquire skills which facilitate non-criminal behavior.

**Federal Bureau of Prisons, U.S. Department of Justice:  September 1992 – May 2017**
The Bureau of Prisons (BOP) is the nation's largest correctional system with approximately 190,000 inmates in 122 prisons and 39,000 staff.  I was hired under the

**Kathleen M. Kenney**

Attorney General's Honors Program and held several attorney positions of increasing responsibility, many of which are highlighted below.

**Assistant Director/General Counsel, BOP, Washington, D.C.:  June 2004 – May 2017**
Responsible for the management of the agency's legal operations.  Provided legal advice to the Director and other members of the Executive Staff.  Managed approximately 300 staff who provided legal advice and litigation support to the entire agency.  Advocated the agency's positions on correctional law matters before internal and external stakeholders.  Served on the Agency's Executive Staff.  Supervised the Office of Internal Affairs, the Freedom of Information Act/Privacy Act Office, Administrative Remedies (inmate grievance system), Rules Unit, and Ethic's Office.  Managed the following practice areas:  Commercial Law, Legislative and Correctional Issues, Litigation, Legal Management and Review, Employment Law Branch, and Real Estate and Environmental Law.  Oversaw the development and implementation of federal regulations and/or agency policy in the following areas:  civil commitment of sexually dangerous persons; new Communication Units designed to monitor 100% of terrorist inmates' communications and the Law Enforcement Officers Safety Act.

**Deputy General Counsel, BOP, Washington, D.C.:  March 2000 – June 2004**
Managed approximately 200 field and Central Office staff who provided legal and litigation support to the entire agency.  Served as principal legal advisor on death penalty and terrorist matters.  Oversaw the consolidation of field legal staff into Consolidated Legal Centers.  Spearheaded the drafting and review process for agency's Execution Protocol.

**Assistant General Counsel, Legislative and Correctional Issues Branch, BOP, Washington, D.C.:  August 1996 – November 1998**
Researched and wrote memoranda on a wide variety of correctional law issues, including use of force; religious diet and permissible practices; organ transplants; private prison issues; and telephone monitoring.  Served on Board of Inquiry investigating the facts and circumstances of an inmate's death.  Drafted national guidance for the implementation of congressional amendments restricting the use of weight equipment and pornographic materials.  Served as principal legal advisor on conditions of confinement at the Administrative Maximum facility.

**Special Assistant United States Attorney, United States Attorney's Office, N.D. Alabama, Birmingham, Alabama:  November 1995 – August 1996**
Served as co-counsel in multi-defendant trials involving prison riot.  Presented cases to grand jury, conducted jury voir dire, presented opening statements and closing

**Kathleen M. Kenney**

arguments, conducted direct and cross-examination on a significant number of witnesses.  Argued consolidated appeal before Eleventh Circuit Court of Appeals.

**Attorney-Advisor, Federal Correctional Institution, Talladega, Alabama:  July 1993 – August 1996**
Drafted summary judgement motions in <u>Bivens</u>, Federal Tort Claims Act, habeas corpus and other constitutional litigation.  Participated in taking and defending depositions and negotiating settlement agreements.  Investigated administrative tort claims and grievances.  Provided legal advice to Warden and other staff.

**Other Attorney Positions:**

**Associate General Counsel, Legislative and Correctional Issues Branch and Labor Law Branch, BOP, Washington, D.C.**
**Attorney General's Honors Attorney, BOP, Washington, D.C.**

## EDUCATION

**University of Notre Dame Law School, South Bend, Indiana**
Juris Doctorate, 1992

**The Catholic University of America, Washington, D.C.**
Bachelor of Arts, *magna cum laude*, Politics, 1988

## MEMBERSHIPS

State Bar of Massachusetts
American Correctional Association, Chair, Legal Affairs Committee (2006-2017)

## AWARDS

1996:  Director's Award, Executive Office of United States Attorneys – Superior Performance as a Special Assistant United States Attorney:  Bureau of Prisons' General Counsel's Award for Exceptional Performance – Attorney
2004:  Women in Federal Law Enforcement's Outstanding Federal Law Enforcement Employee
2007:  Attorney General's Award for Excellence in Management
2010:  Presidential Rank Award for Meritorious Executive
2017:  The Bureau of Prison's Distinguished Service Medal

**Kathleen M. Kenney**

2017:  The John Marshall Award – Outstanding Legal Achievement for Alternate Dispute Resolution

## VOLUNTEER ACTIVITIES

**CASA Madison County Volunteer,** Advocate for abused and/or neglected children in Family Court in Richmond, Kentucky.

**One-to-One Mentor,** Serve as a reading coach for a 3rd Grader at Booker T. Elementary School in Lexington, Kentucky.

**Vestry/Lector/Eucharistic Minister,** Episcopal Church of the Good Shepherd, Lexington, Kentucky.