THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>FULTON COUNTY and<br>SHERIFF PATRICK LABAT IN HIS<br>OFFICIAL CAPACITY<br><br>    Defendants. | Civil Action No.: 1:25-cv-00024-LMM |

## **ORDER**

The Parties have jointly moved the Court for the appointment of Kathleen Kenney as Lead Monitor in this case. The Parties seek this appointment pursuant to the terms of the Consent Decree entered by this Court on January 6, 2025.

IT IS THEREFORE ORDERED that Kathleen Kenney is hereby appointed as Lead Monitor in this case.

SO ORDERED this the 21st day of February, 2025.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT COURT JUDGE