| Fulton County Proposed Budget Summary April - December 2025 ||
|---|---|
| **Projected Expenses** | **Estimated Total** |
| Total Hourly Expenses | $1,399,533 |
| **Estimated Total:** | **$1,399,533** |

The Monitor requests the authority and flexibility to shift funding between line items based upon actual needs and expenditures. The proposed budget is estimated, but billings will be based on actual expenses.

The above does not include travel expenses associated with site visits. The Monitor and team members will submit invoices for reimbursement for reasonable travel expenses and will follow federal GSA travel limits whenever possible.

| Fulton County Proposed Hourly Expenses | |
|---|---|
| **Subject Area** | **Total Hourly Expenses** |
| Protection from Harm | $98,986 |
| Use of Force | $169,636 |
| Environmental Health and Nutrition | $117,363 |
| Medical Care | $260,465 |
| Mental Health Care | $189,701 |
| Restrictive Housing | $74,107 |
| Special Education | $119,166 |
| Quality Assurance | $64,563 |
| Data Tracking, Analysis, and Reporting | $90,572 |
| Community Relations | $47,963 |
| Complaint Processing | $47,963 |
| Administrative Work | $119,050 |
| **Total** | **$1,399,533** |