THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>FULTON COUNTY and<br>SHERIFF PATRICK LABAT IN HIS<br>OFFICIAL CAPACITY<br><br>Defendants. | Civil Action No.: 1:25-CV-00024-LMM |

## **ORDER**

Pursuant to Paragraph 314 of the Consent Decree, the Court approves the Monitor's proposed monitoring budget for Calendar Year 2025, submitted to the Court on April 4, 2025

SO ORDERED this the <u>7th</u> day of <u>April</u>, 2025.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT COURT JUDGE